UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE WEAVER, | ) | 1:06-CV-01294-AWI-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SHOW CAUSE |
| v. | ) ) | |
| CCI TEHACHAPI, et al., | ) ) | (Doc. 4) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 23, 2006, plaintiff filed a motion for an extension of time to respond to the court's order to show cause why he should not be required to pay the $350.00 filing fee for this action.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the court's order to show cause.

IT IS SO ORDERED.

**Dated:   November 17, 2006**          /s/  William M. Wunderlich
j14hj0                                          UNITED STATES MAGISTRATE JUDGE